JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**E-Filed 6/24/2009**

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5035

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00096 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CHANGING STATUS REVIEW |
| ) | HEARING FOR TEODORO LANDA TO |
| TEODORO LANDA, ) | JUNE 25 AT 1:30 P.M. |
| ) | |
| Defendant. ) | |
| ) | |

The United States and defendant Teodoro Landa currently have a status review hearing scheduled for Wednesday, June 24, 2009 at 9:00 p.m. The parties agree to and request the Court

///
///
///
///
///
///
///
///

*US v. T. Landa,* CR 09-00096 JF
Stipulation and [Proposed] Order re Status Conference

continue defendant Teodoro Landa's status review hearing from Wednesday, June 24, 2009 at 9:00 a.m. to Thursday, June 25, 2009 at 1:30 p.m.

DATED: June 23, 2009         JOSEPH P. RUSSONIELLO
                             United States Attorney

                             _____/S/_____
                             GRANT P. FONDO
                             Assistant United States Attorney

                             _____/S/_____
                             MICHAEL A. WHELAN
                             Counsel for Defendant

### ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the June 24, 2009 status review hearing as to Teodoro Landa be rescheduled to June 25, 2009 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 6/24/2009

                             _____
                             JEREMY FOGEL
                             UNITED STATES DISTRICT JUDGE

*US v. T. Landa,* CR 09-00096 JF
Stipulation and [Proposed] Order re Status Conference