1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5035
7  FAX: (408) 535-5066

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 09-00096 LHK
14                                  )
          Plaintiff,                )   STIPULATION AND [PROPOSED]
15     v.                           )   ORDER CHANGING SENTENCING
                                    )   HEARING FOR TEODORO LANDA
16 TEODORO LANDA,                   )   FROM MARCH 28, 2012, TO MAY 2,
                                    )   2012
17        Defendant.                )
                                    )
18

19     The United States and defendant Teodoro Landa currently have a sentencing hearing

20 scheduled for March 28, 2012.  The defendant's plea agreement, filed under seal, provides in

21 part that the defendant may seek a downward departure pursuant to U.S.S.G. § 5K1.1, provided

22 that he cooperates with the government, including through the trial of his co-defendants.  The

23 last defendant in this matter, Nelson Orellana, was convicted on both counts in the superseding

24 indictment on March 20, 2012.  Due to the recent verdict and the government's need to evaluate

25 and likely file a motion seeking a downward departure, the parties request that defendant's

26 sentencing hearing be rescheduled to May 2, 2012, at 9:00 ~~10:00~~ a.m., or, should that date not be

27 available, May 23, 2012.

28

*US v. T. Landa,* CR 09-00096 LHK
Stipulation and [~~Proposed~~] Order re Sentencing,

1  The Probation Officer is available on that date.

2

3  DATED: March 21, 2012                    MELINDA HAAG
                                            United States Attorney
4
                                                    /S/
5
                                            _____
6                                           GRANT P. FONDO
                                            Assistant United States Attorney
7
                                                    /S/
8
                                            _____
                                            WM. MICHAEL WHELAN, JR.
9                                           Counsel for Defendant

10

11 ///

12 ////

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

*US v. T. Landa,* CR 09-00096 LHK
Stipulation and [Proposed] Order re Sentencing,

1 **ORDER**

2   Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3 ORDERS that sentencing status hearing as to Teodoro Landa is rescheduled to May 2, 2012, at 9:00

4 1~~0:00~~ a.m.

5

6 IT IS SO ORDERED.

7 DATED:   3/22/12

    *Lucy H. Koh*

8 LUCY H. KOH
  UNITED STATES DISTRICT JUDGE

*US v. T. Landa,* CR 09-00096 LHK
Stipulation and [~~Proposed~~] Order re Sentencing,