MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 09-00096 LHK |
| ) | |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] |
|    v. ) | ORDER RESCHEDULING |
| ) | SENTENCING HEARING FOR |
| TEODORO LANDA, ) | TEODORO LANDA TO JUNE 13, 2012 |
| ) | |
|    Defendant. ) | |

     The United States and defendant Teodoro Landa respectfully request that Landa's sentencing hearing be rescheduled to June 13, 2012.  The Probation Officer is available on that date.

DATED: May 1, 2012                MELINDA HAAG
                                    United States Attorney

                                          /S/
                                    _____
                                    GRANT P. FONDO
                                    Assistant United States Attorney

                                          /S/
                                    _____
                                    WM. MICHAEL WHELAN, JR.
                                    Counsel for Defendant

*US v. T. Landa,* CR 09-00096 LHK
Stipulation and [Proposed] Order re Sentencing,

**<u>ORDER</u>**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that sentencing status hearing as to Teodoro Landa is rescheduled to June 13, 2012, at 10:00 a.m.

IT IS SO ORDERED.

DATED:  5/2/12

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

*US v. T. Landa,* CR 09-00096 LHK
Stipulation and [~~Proposed~~] Order re Sentencing,